**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Angel Samuel Requena Paz Castillo,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. 1:26-CV-614-ADA** |
| | § | |
| **Markwayne Mullin, et al,** | § | |
| | § | |
| **Respondents.** | § | |

### ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

Before the Court is Petitioner Angel Samuel Requena Paz Castillo's ("Petitioner")
Amended Petition for Writ of Habeas Corpus under 26 U.S.C. § 2241, filed on April 7, 2026. Dkt.
No. 6. Petitioner filed the Amended Petition in order to raise new available authority. Petitioner
asserts that Petitioner is a member of the class certified in *Sileiri Doe v. U.S. Department of
Homeland Security*, No. 25-cv-12245-ADB (D. Mass. Mar. 31, 2026) (Burroughs, J.). *Id.* at ¶ 24.
Additionally, Petitioner amended the petition to expand the APA claim originally asserted. *Id.* at
¶¶ 49-52.

Respondents responded to the Amended Petition, arguing for a second time that
Petitioner's APA claim should be dismissed for failing to pay the filing fee associated with the
APA claims. Dkt. No. 9 at 1. Respondents also argued that Petitioner should not be found to be a
member of the class because it is not binding nor applicable in this Court. *Id.* at 2. Having
considered the parties' arguments, the applicable law, and the relevant facts, the Court finds
Petitioner's Amended Petition for Writ of Habeas Corpus (Dkt. No. 6) should be denied.

The Court has denied similar habeas relief on constitutional grounds, as well as challenges
brought under the Administrative Procedure Act. *See Rodriguez Hernandez v. Collins, et al.*, No.

1:26-CV-00289-ADA-ML (W.D. Tex. Mar. 9, 2026). The Court incorporates by reference its prior analysis denying habeas relief in *Rodriguez Hernandez.* For the reasons stated previously and incorporated herein, the Court finds that Petitioner's requested relief should be denied.

**IT IS THEREFORE ORDERED** that Petitioner's Amended Petition for Writ of Habeas Corpus (Dkt. No. 6) is **DENIED.** All other requested relief is hereby denied.

**SIGNED** on June 8, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE